

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2020

No. 04-20-00234-CV

Kyle **Bratton**,
Appellant

v.

**HOLT TEXAS, LTD** D/B/A Holt CAT and D/B/A Sitech-Tejas,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI05583
Honorable Norma Gonzales, Judge Presiding

## C O R R E C T E D   O R D E R

Sitting:      Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The panel has considered Appellant's motion for rehearing; the motion is DENIED. *See* TEX. R. APP. P. 49.3.

It is so **ORDERED** on October 28, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT